IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division of Maryland)

| | |
|---|---|
| **STEPHEN BRIANAS**<br><br>Plaintiff,<br><br>v.<br><br>**UNDER ARMOUR, INC.**<br><br>Defendant. | Civil Action No: 1:17-cv-02928-RDB |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Stephen Brianas and Defendant Under Armour, Inc. (collectively, referred to as "the Parties") respectfully request that this Honorable Court approve a settlement agreement that the Parties have reached concerning Plaintiff's lawsuit under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq*. (hereinafter, "FLSA"). Court approval of this settlement is necessary because claims under the FLSA, like those released by Plaintiff in the attached Settlement Agreement, may not be waived or released without U.S. Department of Labor or Court approval.

Respectfully Submitted,

| | |
|---|---|
| */s/ Benjamin L. Davis, III* | */s/ (With Permission)* |
| Benjamin L. Davis, III (Bar No. 29774) | Suzzane W. Decker (Bar No. 24007) |
| The Law Offices of Peter T. Nicholl | Veronica Jackson (Bar No. 18532) |
| 36 South Charles Street | MILES & STOCKBIRDGE P.C. |
| Suite 1700 | 100 Light Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| Phone No.: (410) 244-7005 | Phone: (410) 727-6464 |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |